# United States Bankruptcy Court
## Southern District of Florida

In re  **D & C Trucking Inc**  			Case No.  **10-21023**
Debtor(s)  			Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010 a conformed copy of the **Order Vacating Dismissal and Reinstating Chapter 7 Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alina Cruz 43629**
**CruzLaw, PA**
**6303 Blue Lagoon Road**
**Suite 400**
**Miami, FL 33126-6002**
**305-445-1011Fax:305-424-9230**
cruzlawpa@gmail.com

**Service List**

**American President Lines, LTD**
**116 Iverness Dr. East,**
**Ste 400**
**Englewood, CO 80112**

**ANL Singapore Pte. Ltd**
**Norton Lilly International**
**PO Box 1209**
**Mobile, AL 36601-1203**

**Antillean Marine Shipping Corp.**
**3038 NW Teofilo Babun Drive**
**Miami, FL 33142-6338**

**China Shipping (North America) Agency Co**
**16701 Greenspoint Park Dr.**
**Suite 300**
**Houston, TX 77060**

**Cosco Container Lines America, Inc.**
**100 Lighting Way 4th floor**
**Secaucus, NJ 07094**

**CP Sips USA, LLC**
**401 East Jackson Street, 28 floor**
**Tampa, FL 33602**

**CSAV**
**Newport Systems Inc.**
**3350 Highway 138**
**Building One Suite 211**
**Wall, NJ 07719**

**Demurrage Collection Services, Inc.**
**40 NE 7 Ave. FL2**
**Delray Beach, FL 33483**

**Electra Intermodal Leasing Services, Inc**
9950 NW South River Drive
Medley, FL 33166

**Emirates Shipping Agency USA**
c/o Norton Lilly International
PO BOX 1209
Mobile, AL 36601-1209

**Evergreen America Corp.**
**Evergreen Shipping Agency**
210 Seven Farms Drive, Suite 201
Charleston, SC 29492

**Florida East Coast Railway Company**
PO Box 863029
Orlando, FL 32886-3029

**Granite By Us**
4636 NW 74 Ave.
Miami, FL 33166-6447

**Hamburg SUD**
465 South Street
Morristown, NJ 07960-6439

**HAPAG LLOYD (America) Inc.**
399 Hoes Lane
Piscataway, NJ 08854

**Hyundai America Shipping Agency**
7701 Las Colinas Ridge, Suite 400
Irving, TX 75063

**Libra Uruguay**
c/o CSAV Agency NA, LLC
99 Wood Avenue South, 9th floor
Iselin, NJ 08830

**M & J Line Inc.**
9500 NW 77 Ave, Ste #14
Hialeah, FL 33016

**MAERSK Line**
9300 Arrowpoint Blvd.
Charlotte, NC 28273

**Mediterranean Shipping Co. (USA) Inc.**
420 Fifth Avenue
New York, NY 10018-2709

**METLIFE**
200 Park Avenue
New York, NY 10166

**MOL (America) Inc.**
PO BOX 7777
Philadelphia, PA 19175-2013

**Montemar Maritima USA**
c/o ATG
99 Wood Avenue South, 9th Floor
Iselin, NJ 08830

**Norton Lilly International**
**As Agents for CCNI**
**PO BOX 1209**
**Mobile, AL 36601-1209**

**NYK Line (NA) Inc.**
**300 Lightening Way**
**Secaucus, NJ 07094**

**OJ Trucking**
**PO BOX 821700**
**Pembroke Pines, FL 33082-1700**

**P & O NEDLLOYD**
**One Meadowlands Plaza**
**East Rutherford, NJ 07073**

**Penn Intermodal Leasing Inc.**
**PO BOX 822810**
**Philadelphia, PA 19182-2810**

**Singapore PTE. LTD.**
**c/o Norton Lilly International**
**PO BOX 1209**
**Mobile, AL 36601-1209**

**Southeastern Trailer & Container Repair**
**7500 NW 82 Place**
**Miami, FL 33166**

**Transportation Services, Inc.**
**915 Middle River Dr. #414**
**Fort Lauderdale, FL 33304**

**Tropical Trailer Leasing Corp.**
**9475 NW 89 Ave.**
**Miami, FL 33178**

**UIIA**
**11785 Beltsville Drive Suite 1100**
**Calverton, MD 20705-4048**

**United Automobile Insurance Co.**
**1313 NW 167 St.**
**Miami Gardens, FL 33169**

**World Waste Services**
**4701 NW 35 Avenue**
**Miami, FL 33142**

Waste Management
2625 Grandview Road
Phoenix, AZ 85023-0000

Marcia Dunn, Trustee
PO Box 561507
Miami, FL 33256-1507

**###**